UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED FIRE & CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff-Appellee, | ) ) |
| vs. | ) ) Case No. 4:99CV405MLM |
| PAUL GARVEY, | ) ) ) |
| Defendant-Appellant, | ) ) |
| FENTON, L.L.C., | ) ) |
| Intervenor-Appellant, | ) |

## SECOND AMENDED JUDGMENT

Pursuant to the Opinion and Mandate of the Eighth Circuit Court of Appeals:[1]

**IT IS HEREBY ORDERED** that the Amended Judgment entered March 23, 2004 is **VACATED**,

**IT IS FURTHER ORDERED** that the Judgment entered October 28, 2003 is **REINSTATED** as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that on the claim of Plaintiff United Fire & Casualty Insurance Company against Defendant Paul Garvey and Intervenor Fenton, L.L.C., judgment be entered in favor of Defendant Paul Garvey and Intervenor Fenton, L.L.C.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that on the counterclaim of Intervenor Fenton, L.L.C. against Plaintiff United Fire & Casualty Insurance Company judgment be entered in favor of Intervenor Fenton, L.L.C.

---

[1] **United Fire & Casualty Insurance Company v. Paul Garvey and Fenton, L.L.C.**, 2005 WL 1981318 (8th Cir. (Mo.) August 18, 2005).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Intervenor Fenton, L.L.C. shall recover from plaintiff United Fire & Casualty Insurance Company the amount of $138,000 dwelling loss and $2,113.60 contents loss for a total amount of $140,113.60 plus interest.

**IT IS FINALLY ORDERED AND ADJUDGED** that United Fire & Casualty Insurance Company bear the cost of this action.

/s/Mary Ann L. Medler
**MARY ANN L. MEDLER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this  12th  day of September, 2005.